IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LUCAS TROY NEILSON, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF LOFGREEN et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 2:16-CV-1239-CW <br><br> District Judge Clark Waddoups |

In an Order dated January 17, 2018, the Court required Plaintiff to--within fourteen days of receiving Defendants' proposed order on their Motion to Dismiss--file objections. The proposed order was filed on January 31, 2018, which gave Plaintiff until February 14, 2018 to respond. On February 9, 2018, Plaintiff asked for a forty-day extension of time. The Court instead gave him until March 12, 2018. An additional two weeks have now gone by as well and still no word from Plaintiff.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 27th day of March, 2018.

BY THE COURT:

/s/ Clark Waddoups
JUDGE CLARK WADDOUPS
United States District Court